# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Search of: | Case No. 2:14-mj-00117-NJK |
| Apple iPad Model Number A430 Serial Number DYTHMN39DVGH | **ORDER** |

On February 19, 2014, the undersigned issued a search and seizure warrant in this matter. To date, the Government has not provided a return. Accordingly, no later than February 25, 2015, the Government is hereby **ORDERED** to provide a return to the chambers of the undersigned providing an inventory of property taken, if any.

The Clerk's office is **INSTRUCTED** to deliver a copy of this order to the United States Attorney's Office. The corresponding affidavit was submitted by United States Postal Inspector Andrea Avery.

IT IS SO ORDERED.

Dated: February 11, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE